UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 and 9
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: : | |
| : | Chapter 13 |
| Kurt Allen Simkins, : | |
| : | Case No.: 23-18095 (JKS) |
| Debtors. : | |
| _____ : | |

NOTICE

Notice is hereby given that due to a potential conflict of interest, Standing Trustee Marie-Ann Greenberg, Esq., is recused from this case.

Dated: September 19, 2023

        ANDREW R. VARA
        UNITED STATES TRUSTEE
        REGION 3 and 9

By:  /s/ *Martha R. Hildebrandt*
      Martha R. Hildebrandt
      Assistant United States Trustee